# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KATHERINE MABRY KLEINPETER

VERSUS

ZACHARY ALLEN RUNGE
KLEINPETER

NO.  2021 CW 0660

**JUNE 28, 2021**

---

In Re:  Zachary Allen Runge Kleinpeter, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2018-12866 c/w 2020-12620.

---

**BEFORE:  CHUTZ, PENZATO, AND LANIER, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to provide a copy of the judge's reasons for judgment (if written), a copy of the attachments to the Petition for Protection From Abuse, a copy of the attachments to the Dilatory Exception of Prematurity and Peremptory Exceptions of Res Judicata, No Right of Action, and No Cause of Action, a copy of the attachments to the Opposition to the Dilatory Exception of Prematurity and Peremptory Exceptions of No Cause of Action, No Right of Action, and Res Judicata, and a copy of pertinent court minutes, in violation of Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(7), (8), (9), and (10).  The court further directs relator to provide a copy of the transcript of the hearing on April 15, 2021, so that this court may determine what evidence, if any, was admitted at the hearing on the exceptions, if any new application is filed.

Supplementation of this writ application and/ or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2- 18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including documentation to show that the original writ application was timely, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before July 28, 2021 and must contain a copy of this ruling.

**WRC**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT